No. 11–8320. PEREZ-MENDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8322. CASTILLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8327. EDWARDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–8330. JASSO-ESTRADA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8332. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–8336. MITCHELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8338. ROBINSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–8339. ST. MARKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8344. BRYANT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–8345. AGUILAR-MONTOYA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8346. BEAR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8354. TREJO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8357. URENA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8358. WASHINGTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8364. COLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8368. RAMIRO PENA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.